McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $122,840.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:18-MC-00107-TLN-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Jonathan Schaff ("claimant"), by and through their respective counsel, as follows:

1. On or about August 30, 2017, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Customs and Border Protection ("CBP") and Homeland Security Investigations ("HSI") (collectively the "federal agencies"), with respect to the Approximately $122,840.00 in U.S. Currency (hereafter "defendant currency"), which was seized on March 16, 2017.

2. The federal agencies sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1
Stipulation and Order to Extend Time

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 28, 2017.

4. Although the defendant currency was seized in Solano County in the Eastern District of California, the seizure was originally referred to the U.S. Attorney's Office for the Eastern District of Pennsylvania, which filed several stipulations for extensions of time, as detailed below. The stipulations filed in the Eastern District of Pennsylvania identified two seized assets claimed by Schaff, the defendant currency and $82,900 in U.S. Currency seized from a residence in Philadelphia. This stipulation is limited to the defendant currency and excludes the $82,900 seized in Philadelphia.

5. By Stipulation and Order filed on November 2, 2017 in the Eastern District of Pennsylvania, the parties stipulated to extend to February 2, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.[1]

6. By Stipulation and Order filed January 17, 2018 in the Eastern District of Pennsylvania, the parties stipulated to extend to April 6, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed March 27, 2018 in the Eastern District of Pennsylvania, the parties stipulated to extend to June 5, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed May 21, 2018, the parties stipulated to extend to July 20, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed August 13, 2018, the parties stipulated to extend to

---

[1] The Court Orders from the Eastern District of Pennsylvania case were attached to ECF No. 1 in Case No. 2:18-MC-00107-TLN-KJN.

September 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10. By Stipulation and Order filed September 4, 2018, the parties stipulated to extend to October 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed October 2, 2018, the parties stipulated to extend to December 3, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed December 11, 2018, the parties stipulated to extend to February 1, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. By Stipulation and Order filed February 5, 2019, the parties stipulated to extend to April 2, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

14. As provided in 18 U.S.C. § 983(a)(3)(A), the parties stipulate by agreement to further extend to May 31, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///

15. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to May 31, 2019.

Dated: 3/28/2019          McGREGOR W. SCOTT
                          United States Attorney

                    By:   /s/ Kevin C. Khasigian
                          KEVIN C. KHASIGIAN
                          Assistant U.S. Attorney


Dated: 3/28/2019          /s/ Eric Honig
                          ERIC HONIG
                          Attorney for potential claimant
                          Jonathan Schaff

                          (Authorized by email)

**IT IS SO ORDERED**.

Dated: March 28, 2019

_____
Troy L. Nunley
United States District Judge