McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $122,840.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:18-MC-00107-TLN-KJN<br><br>NOTICE OF ELECTION |

   NOTICE IS HEREBY GIVEN that the United States elected to transfer the above-captioned defendant asset to the District of New Jersey.  Accordingly, this miscellaneous case may be closed.

Dated: 10/29/2019                              McGREGOR W. SCOTT
                                               United States Attorney

                                    By:   /s/ Kevin C. Khasigian
                                          KEVIN C. KHASIGIAN
                                          Assistant U.S. Attorney